COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-11-00256-CV |
| SHIRLEY MEYER, | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th Judicial District Court |
| | § | |
| DR. ENES KANLIC, M.D., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2006-3642) |
| | § | |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss the appeal because she no longer desires to prosecute it. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs are assessed against the party incurring them.


GUADALUPE RIVERA, Justice

January 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.